**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

GLORIA BARAJAS,
            *Petitioner-Appellee,*

v.

KAREN WISE, Parole Agent,
            *Respondent-Appellant.*

No. 06-15494

D.C. No.
CV-02-06202-DLB
Eastern District
of California,
Fresno

ORDER

Filed October 22, 2007

Before: Myron H. Bright,* Dorothy W. Nelson, and
Marsha S. Berzon, Circuit Judges.

## ORDER

The petition for panel rehearing is GRANTED.

The opinion filed March 23, 2007, slip op. 3449, and published at 481 F.3d 734 (9th Cir. 2007) is hereby vacated. The case has been resolved in an unpublished memorandum disposition.

The petition for rehearing en banc is DENIED as moot.

---

*The Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

14137

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.